***IN THE UNITED STATES DISTRICT COURT***
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TERESA BLOODMAN PLAINTIFF(S)

VS. Case No. 4:16CV00773 SWW

BANK OF AMERICA NA, ET AL DEFENDANT(S)

**ORDER**

The Clerk is directed to reassign the above styled case, currently assigned to the docket of Judge Susan Webber Wright, due to her senior status.

IT IS SO ORDERED this 24th day of October 2016.

AT THE DIRECTION OF THE COURT
JAMES W. McCORMACK, CLERK

BY: /s/ Cecilia Norwood
Courtroom Deputy to
U.S. District Judge Susan Webber Wright