IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

TERESA BLOODMAN                                                                                           PLAINTIFF

v.                                          CASE NO.: 4:16-cv-773-SWW

BANK OF AMERICA, N.A.,                                                                              DEFENDANTS
MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
a subsidiary of MERSCORP, INC.,
as Nominee and Mortgagee for
One Bank and Trust, an Arkansas
Corporation; COUNTRYWIDE HOME LOANS;
ONE BANK AND TRUST;
CARRINGTON MORTAGE

## MOTION TO DISMISS OF SEPARATE DEFENDANT ONE BANK & TRUST, N.A.

Comes the Separate Defendant, One Bank & Trust, N.A. ("One Bank"), and for its Motion to Dismiss the Plaintiff's Complaint, alleges and states the following:

1.  On September 14, 2016, the Plaintiff, Teresa Bloodman, filed her Complaint in the Circuit Court of Saline County, Arkansas. The Complaint was removed to the United States District Court for the Eastern District of Arkansas on October 21, 2016.

2.  One Bank has not been served with process as required by Rule 4 of the Federal Rules of Civil Procedure. One Bank raises the defenses of insufficient process and insufficient service of process in order to preserve such defenses.

3.  A review of the Complaint reveals that there are no claims or causes of action asserted against One Bank. Rather, One Bank has apparently been included in the Complaint because it originally loaned the Plaintiff a sum of money. The Plaintiff makes no claims related to the original loan from One Bank, only the foreclosure of property by the assignee of the loan.

There are no allegations of any wrongdoing, improper conduct, or other actionable conduct to support a claim against One Bank in the Complaint. As a result, the Plaintiff has failed to state a claim upon which relief can be granted and the claims against One Bank should be dismissed pursuant to Rule 12(b)(6).

4. Separate Defendants Bank of America, N.A., Mortgage Electronic Registration Systems, Inc., Countrywide Home Loans, Inc., and Carrington Mortgage Services LLC ("Co-Defendants") have filed a motion to dismiss based on the doctrines of *res judicata* and collateral estoppel. The arguments raised by the Co-Defendants also apply to One Bank. As a result, One Bank incorporates the arguments raised by the Co-Defendants in their motion to dismiss and supporting brief and incorporate such arguments as if set forth word for word herein. Based on these arguments, the claims against One Bank should be dismissed pursuant to Rule 12(b)(6).

WHEREFORE, the Separate Defendant, One Bank & Trust, N.A., prays that the Plaintiff's Complaint be dismissed and that it be awarded its attorneys' fees, costs and all other just and proper relief to which it is entitled.

FUQUA CAMPBELL, P.A.
Riviera Tower
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
(501) 374-0200 – Telephone
(501) 975-7153 – Facsimile

By:   /s/ Phil Campbell
Phil Campbell, Ark. Bar No. 81028

ATTORNEYS FOR SEPARATE DEFENDANT
ONE BANK & TRUST, N.A.

## CERTIFICATE OF SERVICE

    I, Phil Campbell, hereby certify that on this 28th day of October, 2016, a copy of the foregoing document will be served electronically through the Court's CM/ECF system or by first class mail to:

Teresa Bloodman
P.O. Box 13641
Maumelle, AR 72113

Judy Simmons Henry
WRIGHT LINDSEY & JENNINGS LLP
200 W. Capital Ave., Ste. 2300
Little Rock, AR 72201

Blake B. Goodsell
Mary Clay W. Morgan
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203

                                                       /s/ Phil Campbell